**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
NONDEY LEE CROSTON,

                    Plaintiff,                    19 **CIVIL** 6151 (GBD)(JLC)

          -against-                    **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,
                    Defendant.
------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Decision and Order dated March 29, 2021, Magistrate Judge Cott's Report is adopted. Plaintiff's motion for judgment on the pleadings is GRANTED. Defendant's cross-motion for judgment on the pleadings is DENIED. This matter is remanded for a new hearing before a different, properly appointed ALJ.

**Dated:**  New York, New York
           March 30, 2021

                                                          **RUBY J. KRAJICK**

                                                          **Clerk of Court**
                                 **BY:**  *K. Mango*
                                                          **Deputy Clerk**